# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| TIMOTHY H. JOHNSON, | ) | |
|     Plaintiff, | ) | 3:12-cv-0060-ECR-WGC |
| vs. | ) | |
| DEBI LIGHTSEY *et al.*, | ) | **ORDER** |
|     Defendants. | ) | |

Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and an application to proceed *in forma pauperis*. On February 13, 2012, plaintiff filed a motion to voluntarily dismiss this action with prejudice. (Docket #3). Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. None of the defendants named in this action have been served with the complaint, thus they have not filed an answer or other responsive pleading.

**IT IS THEREFORE ORDERED** that plaintiff's motion for voluntary dismissal of this action (Docket #3) is **GRANTED**. This action is dismissed with prejudice. The Clerk shall enter judgment accordingly.

DATED this 14th day of February 2012.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE